UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 2:21-cv-00157-SPC-NPM

DAVID POSCHMANN,

        Plaintiff,

v.

ISLAND INN COMPANY

        Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his/its own fees and costs except as otherwise agreed.

Dated: March 30, 2021

                                      s/Drew M. Levitt
                                      Drew M. Levitt
                                      Florida Bar No. 782246
                                      drewmlevitt@gmail.com
                                      Lee D. Sarkin, Esq.
                                      Florida Bar No. 962848
                                      Lsarkin@aol.com
                                      4700 N.W. Boca Raton Boulevard
                                      Suite 302
                                      Boca Raton, Florida 33431
                                      Telephone (561) 994-6922
                                      Attorneys for Plaintiff